Jerry Lynn HIGH, Plaintiff—Appellant,

v.

Michael S. HAMDEN, Defendant—
Appellee.

No. 03–7832.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 23, 2004.

Jerry Lynn High, Appellant pro se.

Before LUTTIG, WILLIAMS, and
MOTZ, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Jerry Lynn High appeals the district
court's judgment dismissing as frivolous
his complaint against Michael S. Hamden
and North Carolina Prisoner Legal Ser-
vices, Incorporated. We have reviewed
the record and find no reversible error.
Accordingly, we dismiss the appeal as friv-
olous for the reasons stated by the district
court. *See High v. Hamden,* No. CA–03–
631–5–H (E.D.N.C. Oct. 29, 2003). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument would not aid the decisional
process.

*DISMISSED*